IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 07 - 125 |
| v. | Charges: |
| | 18 U.S.C. § 371 |
| JOHN H. SWARTZ, JR., | |
| DEFENDANT. | Electronically Filed |

## ORDER OF COURT
## REGARDING 6TH MOTION TO CONTINUE SENTENCING

AND NOW, this 21st day of October, 2008, upon consideration of Defendant's Amended Sixth Unopposed Motion to Continue Sentencing, and with the consent of the government, IT IS HEREBY ORDERED that said motion is GRANTED and sentencing will now be held on Friday, December 19, 2008 at 10:30 AM.

IT IS FURTHER ORDERED that the extension of time caused by this continuance (from November 7, 2008, until December 19, 2008) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161, et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C., Section 3161(h)(8)(A).



GARY L. LANCASTER, JUDGE
UNITED STATES DISTRICT COURT

cc: All counsel
    U.S. Marshal
    U.S. Probation