IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 07 - 125 |
| v. | Charges: |
| | 18 U.S.C. § 371 |
| JOHN H. SWARTZ, JR., | |
| DEFENDANT. | Electronically Filed |

ORDER OF COURT

AND NOW, this 10th day of December, 2008 upon consideration of Defendant's Motion to Join Motions to Continue Sentencing filed by co-defendants, and there being no opposition thereto on the government's behalf, IT IS HEREBY ORDERED that the motion is hereby GRANTED and sentencing is continued to Friday, February 20, 2009 at 10 AM

IT IS FURTHER ORDERED that the extension of time caused by this continuance (from December 19, 2008, until February 20, 2009) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161, et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C., Section 3161(h)(8)(A).



GARY L. LANCASTER, JUDGE
UNITED STATES DISTRICT COURT

cc: All Counsel
    U.S. Marshal
    U.S. Probation