IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 07 - 125 |
| v. | Charges:<br>18 U.S.C. § 371 |
| JOHN H. SWARTZ, JR., | |
| DEFENDANT. | Electronically Filed |

## ORDER OF COURT

AND NOW, to-wit, this 26th day of March, 2009 upon consideration of Defendant's Motion to Join Motion to Continue Sentencing filed by co-defendant Connell, and there being no opposition thereto, IT IS HEREBY ORDERED that the motion to Join is GRANTED and Sentencing is re-scheduled to Wednesday, April 15, 2009 at 10:30 AM.

IT IS FURTHER ORDERED that the extension of time caused by this continuance (from April 3, 2009, until April 15, 2009) shall be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161, et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C., Section 3161(h)(8)(A).

GARY L. LANCASTER, JUDGE
UNITED STATES DISTRICT COURT

cc: All Counsel
    U.S. Marshal
    U.S. Probation